No. 75–477.  COMBS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–515.  ZEEHANDELAAR *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–541.  PENNSYLVANIA *v.* MCDADE.  Sup. Ct. Pa.  Certiorari denied.

No. 75–570.  DODSON ET AL. *v.* SCHEVE ET AL.  Ct. App. D. C.  Certiorari denied.

No. 75–600.  JOSEPH ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–632.  POSTELWAITE ET AL. *v.* BECHTOLD, SHERIFF, ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 75–634.  JASINSKI ET AL. *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS.  C. A. 5th Cir.  Certiorari denied.

No. 75–641.  BULLOCK *v.* UNITED STATES; and
No. 75–642.  KEHOE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 516 F. 2d 78.

No. 75–650.  KRAMER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 75–652.  CATERINE *v.* UNITED STATES; and
No. 75–5678.  MIKELBERG *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 517 F. 2d 246.